UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-017-RHW |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO REVISIT ISSUE OF DETENTION AND SETTING CONDITIONS OF RELEASE |
| MARIO DANIEL IRIZARRY, | |
| Defendant. | |

At the March 13, 2008, hearing on Defendant's Motion to Revisit Issue of Detention, Assistant Federal Defender Amy H. Rubin appeared with Defendant; Assistant U.S. Attorney George Jacobs represented the United States. U.S. Probation Officer Shawn Kennicutt also was present and addressed the court. Family members appeared on behalf of Defendant.

The court, having considered the proffers of Defendant and Plaintiff, finds there is a combination of conditions that can be set to reasonably assure Defendant's future appearance. The pending charges are serious, Defendant has a criminal history, and he suffers from chemical dependency. The undersigned finds that Defendant is motivated to address chemical dependency problems.

**IT IS ORDERED** the Defendant's Motion **(Ct. Rec. 18)** is **GRANTED.** Defendant's release is subject to the following conditions:

1. **Prior to release, resolution of the outstanding warrant must be confirmed to the court.**

ORDER GRANTING DEFENDANT'S MOTION TO REVISIT
ISSUE OF DETENTION AND SETTING CONDITIONS OF RELEASE – 1

2. **Prior to release, defense counsel shall provide information to Pretrial Services regarding Defendant's proposed Spokane residence and treatment information. Pretrial Services shall then prepare a Supplemental Pretrial Services Report. The United States shall have two days to respond to the Supplemental Report.**

3. Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise his supervising Pretrial Services Officer and his attorney within one business day of any charge, arrest, or contact with law enforcement.

4. Defendant shall advise the court and the United States Attorney in writing before any change in address.

5. Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

6. Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

7. Defendant shall remain in the Eastern District of Washington while the case is pending. On a showing of necessity, Defendant may obtain prior written permission to leave this area from the United States Probation Office.

8. **Defendant shall have a curfew of 7:00 p.m. to 7:00 a.m. He can be employed only if permitted by substance abuse treatment provider.**

9. Defendant shall not possess a firearm, destructive device or other dangerous weapon.

10. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to

possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

11. Defendant shall refrain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant shall complete substance abuse treatment and shall be responsible for the cost of testing, evaluation and treatment unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services six (6) times per month.

12. Defendant shall report to the United States Probation Office before or immediately after his release and shall report as often as they direct, at such times and in such manner as they direct. Defendant shall contact his attorney at least once a week.

13. Defendant shall post a $50,000 appearance bond, to be co-signed by his girlfriend and his sister.

**Defendant is advised a violation of any of the foregoing conditions of release may result in the immediate issuance of an arrest warrant, revocation of release and prosecution for contempt of court, which could result in imprisonment, a fine, or both. Specifically, Defendant is advised a separate offense is established by the knowing failure to appear and an additional sentence may be**

1 **imposed for the commission of a crime while on this release. In**
2 **this regard, any sentence imposed for these violations is**
3 **consecutive to any other sentence imposed.**
4     DATED March 14, 2008.
5
6                    <u>S/ CYNTHIA IMBROGNO</u>
7                 UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING DEFENDANT'S MOTION TO REVISIT
ISSUE OF DETENTION AND SETTING CONDITIONS OF RELEASE - 4