UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CR-08-017-RHW |
| | ) |
| vs. | ) ORDER DENYING MOTION |
| | ) TO RECONSIDER |
| MARIO DANIEL IRIZARRY, | ) |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is Defendant'S Motion to modify the conditions of release set on March 14, 2008, to permit Defendant to live in Aberdeen, Washington, instead of Spokane, Washington. Pretrial Services had recommended detention. The undersigned set conditions of release.

Defendant allegedly provided five addresses to various courts over the last 20 months, and his Aberdeen address was established only four months ago and is not close to a pretrial services supervision office. Defendant, as recently as three months ago, allegedly was using methamphetamine every other day, and has never undergone treatment. The charges are very serious, and Defendant has a significant criminal history. The undersigned is unable to conclude that a sufficient proffer has been made to allow a finding that Defendant is supervisable and not a risk of non-appearance if

ORDER DENYING MOTION TO RECONSIDER - 1

1 | he lives in Aberdeen.

2 |     The Defendant's Motion **(Ct. Rec. 32)** is **DENIED.**

3 |     DATED April 1, 2008.

5 |           S/ CYNTHIA IMBROGNO
       UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO RECONSIDER - 2