UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MARIO DANIEL IRIZARRY,<br><br>               Defendant. | No. CR-08-017-RHW<br><br>ORDER GRANTING MOTION TO RECONSIDER RESIDENCE, *INTER ALIA* |

Based upon the Supplemental Pretrial Services Report filed July 15, 2008, Defendant's Motion to Reconsider the residence requirement **(Ct. Rec. 44)** is **GRANTED.** In addition to the conditions of release outlined in the Order filed March 14, 2008, Ct. Rec. 31, the following conditions shall apply:

    1.   Prior to release, resolution of the outstanding warrant must be confirmed to the court.

    2.   Defendant shall reside with his sister, Liberty Randolph in Moses Lake, Washington.

    3.   There shall be no alcohol or unlawful controlled substances at the residence.

    4.   Defendant shall participate in intensive outpatient treatment from 4 to 6 months, as directed by Pretrial Services, and shall be subjected to random urinalysis testing and participate in self-help groups as directed by Pretrial Services.

    4.   The Defendant shall participate in a program of

ORDER GRANTING MOTION TO RECONSIDER RESIDENCE, *INTER ALIA* ~ 1

1  electronically monitored home confinement.  The Defendant shall
2  wear, at all times, an electronic monitoring device under the
3  supervision of U.S. Probation.  In the event the Defendant does not
4  respond to electronic monitoring or cannot be found, U.S. Probation
5  Officers shall forthwith notify the United States Marshals' Service,
6  who shall immediately find, arrest and detain the Defendant. The
7  Defendant shall be responsible for all costs of electronic
8  monitoring.
9       DATED July 18, 2008.

11                  S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO RECONSIDER RESIDENCE, *INTER ALIA* – 2