PROB 12C
(7/93)

Report Date: September 30, 2015

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Daniel Irizarry                Case Number: 0980 2:08CR00017-RHW-1

Address of Offender: ▇▇▇▇▇▇▇▇ , Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 11, 2009

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Possession with Intent to Distribute a Mixture or Substance Containing 5 Grams or More of a Detectable Amount of Pure Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii);

Original Sentence:       Prison 60 months; TSR - 48 months                Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Pamela Byerly                Date Supervision Commenced: May 20, 2013

Defense Attorney:        Federal Defender's Office    Date Supervision Expires: May 19, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On September 11, 2015, Mario Irizarry was observed by law enforcement driving a motorcycle with defective tail lights. Subsequently, he was stopped by law enforcement, and found not to have a motorcycle endorsement. Additionally, officers secured a search warrant for Mr. Irizarry's backpack. Inside of Mr. Irizarry's backpack officers located methamphetamine, heroin, and over $2,000 cash. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On September 11, 2015, Mr. Irizarry was in possession of a backpack that contained methamphetamine and heroin. |
| 3 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. |

Prob12C
**Re: Irizarry, Mario Daniel**
**September 30, 2015**
**Page 2**

        **Supporting Evidence**: Mario Irizarry has failed to maintain stable employment since quitting his job at the Cork House in May 2015.

4      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mario Irizarry failed to report for urinalysis testing as directed on September 25, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  9/30/2015

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Robert A. Whaley*

Signature of Judicial Officer

October 1, 2015

Date